UNITED STATES DISTRICT COURT
for the
Western District of Tennessee
_____6th__ Division

Stephen C. Maxwell )
)
) Case No. _____
) (to be filled in by the Clerk's Office)
*Plaintiff(s)* )
(Write the full name of each plaintiff who is filing this complaint. )
If the names of all the plaintiffs cannot fit in the space above, ) Jury Trial: (check one) ☑ Yes ☐ No
please write "see attached" in the space and attach an additional )
page with the full list of names.) )
)
-v- )
)
The State of Tennessee )
Governor Bill Lee )
Lt. Governor Randy McNally )
Speaker Cameron Sexton )
)
*Defendant(s)* )
(Write the full name of each defendant who is being sued. If the )
names of all the defendants cannot fit in the space above, please )
write "see attached" in the space and attach an additional page )
with the full list of names.)

## COMPLAINT FOR A CIVIL CASE

I. **The Parties to This Complaint**

A. **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Stephen Cortney Maxwell
Street Address: 195 Judge Ave
City and County: Savannah Hardin
State and Zip Code: Tennessee/ 38372
Telephone Number: 731-438-3388
E-mail Address: stephenmaxwell40@gmail.com

B. **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

**Defendant No. 1**

| | |
|---|---|
| Name | Bill Lee |
| Job or Title (if known) | Governor of Tennessee |
| Street Address | State Capitol, 1st Floor 600 Dr. Martin L. King, Jr. Blvd |
| City and County | Nashville/Davidson |
| State and Zip Code | Tennessee/37243 |
| Telephone Number | 615-741-2001 |
| E-mail Address (if known) | TN.Gov/Governor |

**Defendant No. 2**

| | |
|---|---|
| Name | Randy McNally |
| Job or Title (if known) | Lt. Governor of Tennessee/Speaker of TN Senate |
| Street Address | 425 5th Avenue North Suite 700 Cordell Hull Bldg. |
| City and County | Nashville/Davidson |
| State and Zip Code | Tennessee/37243 |
| Telephone Number | 615-741-6806 |
| E-mail Address (if known) | lt.gov.randy.mcnally@capitol.tn.gov |

**Defendant No. 3**

| | |
|---|---|
| Name | Cameron Sexton |
| Job or Title (if known) | TN Speaker of the House of Representatives |
| Street Address | |
| City and County | Nashville/Davidson |
| State and Zip Code | Tennessee/37243 |
| Telephone Number | 615-741-2343 |
| E-mail Address (if known) | speaker.cameron.sexton@capitol.tn.gov |

**Defendant No. 4**

| | |
|---|---|
| Name | Attorney Herbert H. Slattery III |
| Job or Title (if known) | State of Tennessee Attorney General |
| Street Address | 707 N Eastman Rd, Kingsport, TN/ P.O. Box 20207; 37202 |
| City and County | Kingsport/Sullivan; Nashville/Davidson |
| State and Zip Code | Tennessee/37664 |
| Telephone Number | (423)-857-1220/615-741-3491 |
| E-mail Address (if known) | tn.gov/attorney general |

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II.     Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[✓] Federal question      [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.     If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.
U.S. Amendment One, Four, Five, Six, Fourteen
T.C.A. 39-13-102- Unlawful Imprisonment
U.S. 25 FCR 11.404- False Imprisonment
Miranda v. Arizona

### B.     If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

   a. If the plaintiff is an individual
      The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

   b. If the plaintiff is a corporation
      The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual
      The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

    b.    If the defendant is a corporation

The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

Or is incorporated under the laws of *(foreign nation)* _____,

and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

$7,000 per day for Unlawful Imprisonment
$7,000 per day for Fasle Arrest
$ 10,000,000.00 for Interfering with Right to Worship God According to our own Consceince
$ 10,000,000.00 USD- Mental Anguish/Anxiety/Chlaustrophobia

## III.   Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

On or about the 30th day of March in the year of our Lord 2020, Governor Bill Lee ordered that the Citizens of Tennessee "Stay-At-Home" save for Essential Businessess during the normal business hour times.Sheriff Johnny Alexander had to make his intimidation speech especially in the Courier Newspaper over the Executive Order 23. The United States/Tennessee Citizens were on "lockdown", No one ever gave us Due Process, No One ever read us Our Rights and as a person over the age of Eighteen, I should have been able to get out in the Midnight-6am hours, anytime I pleased. No one ever told us we could call our Lawyers either.

## IV.   Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

$10,000,000.00- Interferance with Right to Worship According to Amendment One
$210,000.00- Unlawful/False Imprisonment
$10,000,000.00- Mental Anguish/Anxiety/Chlaustrphobia during the Midnight Hours not being able to get out
$210,000.00- Unlawful Arrest

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 04/24/2020

Signature of Plaintiff _[signed]_

Printed Name of Plaintiff   Stephen C. Maxwell

### B. For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Street Address

State and Zip Code

Telephone Number

E-mail Address

**DEFENDANTS-**

- **TRE HARGETT, TN SECRETARY OF STATE**
  
  **STATE CAPITOL**
  
  **NASHVILLE, TN 37243-1102**

- **HERBERT H. SLATTERY, III**
  
  **TN STATE ATTORNEY GENERAL**
  
  **707 N. EASTMAN ROAD**
  
  **KINGSPORT, TN 37664**
  
  **POST OFFICE BOX 20207, NASHVILLE, TN 37202**