# United States District Court
### WESTERN DISTRICT OF TENNESSEE
### Eastern Division

### JUDGMENT IN A CIVIL CASE

STEPHEN COURTNEY MAXWELL,

       Plaintiff,

                                CASE NUMBER: 20-1093-JDT-jay

v.

BILL LEE, ET AL.,

       Defendants.

**Decision by Court.**   This action came before the Court and the issues have been considered and a decision has been rendered.

     **IT IS ORDERED AND ADJUDGED** that in accordance with the Order entered in the above-styled matter on 7/23/2020, the Report and Recommendation is ADOPTED in its entirety, Defendants' motion to dismissed therefore is GRANTED, and this case is DISMISSED with prejudice.

**APPROVED:**

                                            **s/ James D. Todd**
                                            James D. Todd
                                            United States District Judge

**THOMAS M. GOULD**
**CLERK**

**BY: s/ Evelyn Cheairs**
**DEPUTY CLERK**